IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rude Echohawk Fuentez,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　　Respondents. | No. CV-15-00256-PHX-ROS<br><br>**ORDER** |

On June 23, 2015, Magistrate Judge Bridget S. Bade issued a Report and Recommendation ("R&R") concluding the petition in this case was an unauthorized second or successive petition. (Doc. 14). Petitioner filed two documents after the R&R was issued but neither of those documents identifies any error in the Magistrate Judge's conclusion. Moreover, having reviewed the matter de novo, Petitioner has filed two previous federal petitions. Thus, it is clear he must get authorization from the Court of Appeals before pursuing his claims. 28 U.S.C. § 2244(b)(3)(A).

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 14) is **ADOPTED IN FULL** and the Motion for Extension of Time (Doc. 13) is **DENIED**.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to transfer the petition to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3 and close this case.

**IT IS FURTHER ORDERED** in the event Petitioner files an appeal, the Court

1  **declines** to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 30th day of July, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge